JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALTAPO – BELLWOOD BUILDING, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-03343-JFW-KSx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

   After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Altapo-Bellwood Building, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

   IT IS SO ORDERED.

DATED:   July 14, 2020

_____
UNITED STATES DISTRICT JUDGE

[Type here]